[No. 8,311.—Department Two.]
April 21, 1882.

WM. H. BROADRIBB, AN INSANE PERSON, BY H. GOOD-CELL, JR., HIS GUARDIAN, *v.* LUTHER C. TIBBETS ET AL.

APPEALABLE ORDER.—An order denying defendant's motion for judgment by default on his cross-complaint is not appealable.

APPEAL from an order of the Superior Court of San Bernardino Co.   ROLFE, J.

*Luther C. Tibbets* (in person), for Appellant.

*A. B. Paris* and *R. E. Bledsoe,* for Respondent.

The COURT:

The appeal in this case is "from the order of said Court (the Superior Court of San Bernandino county) denying defendant's motion for judgment by default against H. Goodcell, Jr., guardian of William Broadribb, insane, for the sum of one hundred and thirty-seven dollars and forty-four cents, and that said Goodcell be removed from the position of guardian as prayed in defendant's cross-complaint."

Section 963, C. C. P., enumerates the cases in which an appeal may be taken from a Superior Court to the Supreme Court, and the order above specified is not embraced in said enumeration.

Appeal dismissed.